# Court of Appeals
# of the State of Georgia

ATLANTA,  February 25, 2020

*The Court of Appeals hereby passes the following order:*

**A20A1276.  MICHAEL ALONZA RUFUS v. THE STATE.**

In 2018, a grand jury indicted Michael Rufus for one count of filing false documents.  The following year, Rufus filed a document entitled "Request for Recusal and Adjudication of this Court's Acquisition of Jurisdiction & Assignment of Judge Coram Non Judice," in which he raised several challenges to the trial court's authority to preside over his prosecution.  The trial court denied Rufus's motion, and he filed a notice of appeal directed to the Supreme Court, which transferred the matter to this Court.[1]  We lack jurisdiction.

Under OCGA § 5-6-34 (a) (1), appeals generally may be taken from "[a]ll final judgments, that is to say, where the case is no longer pending in the court below." Because this action remains pending before the trial court, Rufus was required to use the interlocutory appeal procedures – including obtaining a certificate of immediate review from the trial court – to obtain review of the order he seeks to appeal.  See OCGA § 5-6-34 (b); *Boyd v. State*, 191 Ga. App. 435, 435 (383 SE2d 906) (1989).

---

[1] In 2019, Rufus filed an application for discretionary appeal – also in the Supreme Court – seeking review of multiple trial court orders, including the order at issue in this appeal.  The Supreme Court transferred the application to this Court, and we dismissed the application as untimely and interlocutory.  See *Rufus v. State*, No. A20D0181 (Dec. 6, 2019).

Rufus's failure to comply with the interlocutory appeal procedures deprives us of jurisdiction over this premature direct appeal, which is hereby DISMISSED. See *Boyd*, 191 Ga. App. at 435.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* __02/25/2020__
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*